UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:14-cr-00219 |
| : | Assigned To : Jackson, Amy Berman |
| v. : | Assign. Date : 11/4/2014 |
| : | Description: INDICTMENT (B) |
| **MARK ALAN WALL,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION TO SEAL THE INDICTMENT, BENCH WARRANT, AND OTHER PLEADINGS, RECORDS, PROCEEDINGS AND FILES, AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to seal the accompanying Indictment, bench warrant, as well as all other pleadings, proceedings, records and files in this case, including the instant Motion to Seal, and proposed order and Order, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the government cites the following points and authorities.

The defendant in this case is under investigation for Mail Fraud, Interstate Transportation of Money Taken by Fraud, Money Laundering, and Criminal Forfeiture in violation of Title 18, United States Code, Sections 1341, 2314, 1957, 981(a)(1)(C), 982 (a)(1), (a)(2)(B), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and First Degree Theft in violation of Title 22 of the District of Columbia Code, Sections 3211(b) and 3212(a). The defendant is unaware that the grand jury has returned an indictment against him.

The sealing is necessary because the Indictment, bench warrant, and other future

pleadings contain sensitive information, and disclosure of which at this time would not be in the interest of the government or the public.

Disclosure of the Indictment and bench warrant in the public records may hinder law enforcement's efforts in apprehending the defendant. Accordingly, it is essential that any information concerning a pending case in this District be kept sealed for the time being.

The government submits that public disclosure of the Indictment and associated documents would likely compromise the criminal investigation by: (1) alerting the defendant of the investigation; (2) causing the defendant to flee.

Public notice of the filing of the sealed pleadings or proceedings, itself, is likely to compromise any ongoing criminal and grand jury investigation and apprehension efforts that may stem from this case.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the Indictment, bench warrant, and all other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until the defendant is in the custody of law enforcement. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

**WHEREFORE**, it is respectfully requested that this motion be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

By: /s/ Virginia Cheatham
VIRGINIA CHEATHAM
D.C. Bar #411980
Assistant U.S. Attorney
Virginia.cheatham@usdoj.gov
Fraud & Public Corruption Section
555 4th Street, N.W.
Room 5836
Washington, D.C.   20530
(202) 252-7820

3